# EXHIBIT E



**Dominion Capital LLC**
256 W. 38th Street, 15th Floor
New York, NY 10018
212-785-4680

September 23, 2019

VIA E-MAIL AND MAIL

To:   Ault & Company, Inc.
200 Sandpointe Drive, Suite 500
Santa Ana, CA  92707
Attention:   Chief Financial Officer
   Will@Dpwholdings.com

Restaurant Capital Group LLC
201 Shipyard Way, Suite E
Newport Beach, CA 92663
Attention:   Milton C. Ault, III
   Todd @Dpwholdings.com

Milton C. Ault, III
c/o DPW Holdings, Inc.
201 Shipyard Way, Suite E
Newport Beach, CA 92663
   Todd @Dpwholdings.com

SECOND NOTICE OF GUARANTY CALL

Dear Mr. Ault and Mr. Horne:

Reference is made to (a) the $2,750,000 10% Senior Secured Convertible Note (the "**Note**"), dated April 11, 2019 issued by Avalanche International Corp., a Nevada corporation (the "**Obligor**"), to Dominion Capital LLC (the "**Holder**"), (b) our first notice of intent to call guaranty dated July 19, 2019, and (c) the Guaranty, dated April 11, 2019 made by (i) Ault & Company, Inc., (ii) Milton C. Ault, III and (iii) Restaurant Capital Group LLC, in favor of Holder.

The Events of Default mentioned in our first notice continue to exist, as well as additional Events of Default (the "**Events of Default**"), including interest payment that was due September 11, 2019 and was not made prior to the end of the grace period provided therefor.

Holder hereby reserves the right to exercise all of its rights and remedies under the Note and the other Transaction Documents as a result of the Events of Default. The Guarantors are hereby advised that (a) Holder hereby reserves the right to exercise all of its rights and remedies without further notice to the Guarantors or any other Person, (b) any prior agreement by Holder to forbear from or forego the exercise of rights and remedies with respect to the Events of Default is no longer of any force or effect and shall in no way limit the rights of Holder as set forth herein, and (c) such rights and remedies are in addition to the rights and remedies of Holder with respect to

- 2 -

any other Events of Default under the Note or any other Transaction Documents, whether now existing or hereafter arising.

Guarantors are also hereby notified that Holder demands strict compliance with the terms of the Note and the other Transaction Documents. Holder intends to rely on the exact terms of the Note and the other Transaction Documents.

Attached is a copy of the Notice of Default and Acceleration sent to the Obligor. As a Guarantor of the Note, you are hereby notified that, pursuant to our prior notice as well as this notice, you are required, as Guarantor to effect payment of such amounts.

[SIGNATURE PAGE FOLLOWS]

This letter has been executed in the English language, and the English text shall prevail over any translation and shall be governed by and construed in accordance with the law of the State of New York.

      Very truly yours,

      DOMINION CAPITAL LLC
      as Holder

    By: Name: Mikhail Gurevich
      Title: Managing Member