USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/9/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dominion Capital LLC,

        Plaintiff,

–v–

Milton C. Ault, III,

        Defendant.

21-cv-2258 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Defendant's request for an adjournment of the initial pretrial conference is DENIED. Defendant's request for the calculation of deadlines to begin on August 9, 2021 is also DENIED.

SO ORDERED.

Dated: July 9, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

1