```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/03/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DOMINION CAPITAL LLC

                                                    Plaintiff,                **ORDER CONVERTING**

                                                    **SETTLEMENT CONFERENCE TO**

              -against-                                  **TELEPHONIC**

MILTON C. AULT, III,                                    **21-CV-2258 (AJN)**

                                                 Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        The Settlement Conference in this matter scheduled for **Monday, August 9, 2021 at 10:00 a.m.** is hereby converted to a telephonic conference. The Parties' should call into the court conference line at **(866) 434-5269 Code: 4858267** at the scheduled time. **A security code will be emailed to counsel by chambers for his proceeding.**

        SO ORDERED.

Dated:  August 3, 2021
           New York, New York

                                                                _____
                                                                 KATHARINE H. PARKER
                                                                 United States Magistrate Judge